United States District Court
Middle District of Florida
Jacksonville Division

**RUZANNA ANDRANIKOVNA TIKHOVA,**

    *Plaintiff,*

v.                                                            NO. 3:26-cv-1397-JEP-PDB

**JOSEPH EDLOW ET AL.,**

    *Defendants.*

---

## Order

By **June 30, 2026**, the plaintiff must file a disclosure statement as required by Local Rule 3.03. The required form is in the "forms" section of the court's website, www.flmd.uscourts.gov/forms/all.

**Ordered** in Jacksonville, Florida, on June 9, 2026.

Patricia D. Barksdale
United States Magistrate Judge

c:    Ruzanna Andranikovna Tikhova
       7363 Secret Woods Trail
       Jacksonville, FL 32216