United States District Court
Middle District of Florida
Jacksonville Division

**RUZANNA ANDRANIKOVNA TIKHOVA,**

   *Plaintiff,*

v.                                        **NO. 3:26-cv-1397-JEP-PDB**

**JOSEPH EDLOW ET AL.,**

   *Defendants.*

---

## Order

The court **strikes** the plaintiff's disclosure statement, Doc. 6. By **July 20, 2026**, the plaintiff must file a disclosure statement using the form required by Local Rule 3.03. The required form is attached to this order and available in the "forms" section of the court's website, www.flmd.uscourts.gov/forms/all.

**Ordered** in Jacksonville, Florida, on June 29, 2026.

*Patricia D. Barksdale*

Patricia D. Barksdale
*United States Magistrate Judge*

Attachment:
   Disclosure Statement Form

Copy to:
   Ruzanna Andranikovna Tikhova
   7363 Secret Woods Trail
   Jacksonville, FL 32216